

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 12, 2026

2026-1804 - State of Oregon v. Trump

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance) submitted by State of Oregon is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- Counsel <u>Dustin Buehler, Adam Holbrook, and Jordan Silk</u> listed on the Entry of Appearance have not registered for electronic filer accounts with this court's electronic filing system. Fed. Cir. R. 25(a)(2). Refer to the court's <u>Electronic Filing Procedures</u> ("Attorney Registration") for registration information. A corrected form must be filed. Please file the corrected form once counsel have registered, or remove unregistered counsel from the corrected form.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk