

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW, Rm. 7213
Washington, DC 20530

---

Sophia Shams                                                                      (202) 514-2495
sophia.shams@usdoj.gov

May 12, 2026

Jarrett B. Perlow, Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re:    *State of Oregon v. Trump*, No. 26-1804

Dear Mr. Perlow:

Pursuant to the Court's order issued today, we are writing to inform the Court that
the Court of International Trade entered a paperless order late this afternoon on the
dockets in both of the cases now consolidated in this Court.  The order stated:

> Plaintiffs' response to Defendants' motion to stay enforcement of the
> judgment pending appeal is due on or before May 22, 2026.  The
> response shall be limited to 5,000 words.  The response deadline
> notwithstanding, the court will hold Defendants' motion in abeyance
> pending the U.S. Court of Appeals for the Federal Circuit's
> consideration of Defendants' motion to stay pending appeal.

Sincerely,

BRETT A. SHUMATE
   *Assistant Attorney General*

ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*

BRAD HINSHELWOOD
DANIEL WINIK

  */s/ Sophia Shams*

SOPHIA SHAMS
DOUGLAS C. DREIER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7213*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-2495*
  *sophia.Shams@usdoj.gov*

cc:    All counsel (via CM/ECF)