NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STATE OF OREGON, STATE OF WASHINGTON,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

---

2026-1804

---

Appeal from the United States Court of International Trade in No. 1:26-cv-01472-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

-------------------------------------------------

**BURLAP AND BARREL, INC., BASIC FUN, INC.,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, JAMIESON GREER, in his official capacity as U.S. Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,**
*Defendants-Appellants*

————————————

2026-1805

————————————

Appeal from the United States Court of International Trade in No. 1:26-cv-01606-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

————————————

**ON MOTION**

————————————

Advancing American Freedom, Inc. et al. move for leave to submit a brief *amici curiae* in support of the appellants, stating that all parties consent to the filing of the brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied as unnecessary. Fed. R. App. P. 29(a)(2).

(2) Within seven days from the date of entry of this order, amici are directed to submit a corrected brief in which the certificate of interest includes Randall G. Holcombe as a represented entity if Mr. Holcombe continues to be listed on the entry of appearance and brief as an amicus and in which Mountain States Policy Center, Inc. is included on the brief as an amicus if Mountain States continues to be included on the certificate of interest as a represented entity.

FOR THE COURT

May 20, 2026
Date

Jarrett B. Perlow
Clerk of Court