NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**STATE OF OREGON, STATE OF WASHINGTON,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

---

2026-1804

---

Appeal from the United States Court of International Trade in No. 1:26-cv-01472-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

-------------------------------------------------

**BURLAP AND BARREL, INC., BASIC FUN, INC.,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, JAMIESON GREER, in his official capacity as U.S. Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,**
*Defendants-Appellants*

_____

2026-1805

_____

Appeal from the United States Court of International Trade in No. 1:26-cv-01606-3JP, Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

_____

**ON MOTION**

_____

PER CURIAM.

## O R D E R

Upon consideration of the appellants' response at ECF No. 24,

IT IS ORDERED THAT:

(1)  The appellees are directed to respond to the appellants' motions for a stay no later than seven days from the

date of entry of this order.  Any reply is due no later than three days from the date of service of the response(s).

(2) The administrative stay imposed by this court's May 12, 2026 order remains in effect.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 21, 2026
Date