

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 29, 2026

2026-1804 - State of Oregon v. Trump

# NOTICE OF NON-COMPLIANCE

The document (Certificate of Interest) submitted by State of California, State of Colorado, State of Michigan, State of Oregon, State of New Mexico, State of Arizona, State of Nevada, and State of Washington is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- Only parties that have appeared should be included in the response to statement 1. The states listed above are the only ones that have filed a compliant entry of appearance. Any additional appellees listed in response to statement 1 or as party filers must file an entry of appearance. Fed. Cir. R. 47.3(b); Fed. Cir. R. 47.4(a).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk