# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 2026-1804, 2026-1805

**Short Case Caption:** State of Oregon v. Trump; Burlap and Barrel, Inc. v. Trump

**Filing Party** Appellants

---

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

---

Issues to be raised on appeal:

Whether the CIT erred in concluding that the President lacked authority to issue the challenged tariffs or otherwise abused its discretion in issuing an injunction.

---

Relief awarded below (if damages, specify):   ☐ None/Not Applicable

Declaratory judgment and permanent injunction.

---

Briefly describe the judgment/order appealed from:

The CIT held invalid tariffs imposed under Section 122 of the Trade Act of 1974 and permanently enjoined their enforcement.

---

| Nature of Judgment (select one:) | Date of Judgment: 5/7/2026 |
| --- | --- |
| ☑ Final Judgment, 28 USC § 1295 <br> ☐ Rule 54(b) <br> ☐ Interlocutory Order (specify type) _____ <br> ☐ Other (explain) _____ | |

Date: 06/01/2026          Signature: SOPHIA SHAMS  _Digitally signed by SOPHIA SHAMS Date: 2026.06.01 15:10:23 -04'00'_

Name: Sophia Shams