# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-1804

**Short Case Caption:** State of Oregon v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

The State of Rhode Island

| **Principal Counsel:** Alexander Carnevale | Admission Date: N/A |
|---|---|
| Firm/Agency/Org.: Office of the Attorney General for the State of Rhode Island | |
| Address: 150 South Main Street, Providence, RI, 09203 | |
| Phone: 860-287-7156 | Email: acarnevale@riag.ri.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/1/2026

Signature: /s/ Alexander Carnevale

Name: Alexander Carnevale