# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

STATE OF OREGON, et al.,

      Plaintiffs-Appellees,

      v.

DONALD J. TRUMP, et al.,

      Defendants-Appellants.

No. 26-1804

BURLAP AND BARREL, INC., et al.,

      Plaintiffs-Appellees,

      v.

DONALD J. TRUMP, et al.,

      Defendants-Appellants.

No. 26-1805

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The government hereby moves for a 14-day extension, to July 21, 2026, of the deadline to file its opening brief. Plaintiffs do not oppose this motion.

1. This case arises from separate suits filed in the Court of International Trade (CIT) challenging the imposition of tariffs by the President under Section 122 of the Trade Act of 1974, 19 U.S.C. § 2132(a). A three-judge panel

of the CIT heard both cases and resolved both in a single opinion, holding that Section 122 does not authorize the challenged tariffs and enjoining their enforcement against certain plaintiffs. The government filed a notice of appeal in each case (Nos. 26-1804 and 26-1805), and this Court consolidated the appeals. The Court granted the government's motion to stay the CIT's injunction pending appeal. *Oregon v. Trump*, 2026 WL 1702242 (Fed. Cir. June 11, 2026) (per curiam).

The government's opening brief is currently due July 7, 2026. No oral argument date has been set.

2. The requested extension is necessary to allow the government adequate time to prepare an opening brief.

Daniel Winik, Douglas Dreier, and Sophia Shams are the attorneys at the Department of Justice with primary responsibility for drafting the government's brief. Mr. Winik is responsible for several other litigation matters with pressing deadlines, including *National Association of the Deaf v. Trump*, No. 25-5402 (D.C. Cir.) (reply brief due July 7 as extended); *United States ex rel. Taylor v. Healthcare Associates of Texas*, No. 25-10842 (5th Cir.) (reply brief due July 10 as extended); and *Louisiana v. FDA*, No. 26-30203 (5th Cir.) (response brief due July 15 in expedited appeal). Mr. Dreier likewise

2

has several upcoming deadlines, including *Dickinson v. Trump*, No. 26-1609 (9th Cir.) (oral argument scheduled for July 10); *Leopold v. Department of Justice*, No. 26-5077 (D.C. Cir.) (response brief due July 22); and *Klein v. United States Postal Services*, 26-3965 (6th Cir.) (oral argument scheduled for July 23). And Ms. Shams's upcoming deadlines include *Johnson v. United States*, No. 26-10728 (11th Cir.) (response brief due July 15 as extended).

Brad Hinshelwood is the attorney with supervisory responsibility over this case. Mr. Hinshelwood is responsible for several other matters with upcoming deadlines, including *Goad v. United States*, No. 25-7021 (10th Cir.) (response brief due July 8); *NY Times Co. v. Department of Defense*, No. 26-5113 (opening brief due July 14); and *DiNapoli v. Secretary of Health and Human Services*, No. 26-5088 (D.C. Cir.) (response brief due July 22).

3. In light of these litigation matters, as well as the upcoming July 4 holiday, the government respectfully requests a 14-day extension of time, to and including July 21, 2026, to prepare the opening brief. A 14-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Plaintiffs do not oppose this motion. The government has not previously sought or received an extension for its opening brief in this case.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

BRAD HINSHELWOOD
DANIEL WINIK

 */s/ Sophia Shams*
SOPHIA SHAMS
DOUGLAS C. DREIER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7213*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-2000*
  *Sophia.Shams@usdoj.gov*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 475 words. This motion was prepared using Microsoft Word 2013 in 14-point Book Antiqua, a proportionally-spaced typeface.

*/s/ Sophia Shams*
Sophia Shams