Nos. 26-1804, -1805, -1928

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

STATE OF OREGON, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR, *in his official capacity as Governor of the Commonwealth of Kentucky*, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, JOSH SHAPIRO, *in his official capacity as Governor of the Commonwealth of Pennsylvania*, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN,

Plaintiffs-Cross-Appellants,

STATE OF WASHINGTON,

Plaintiff-Appellee,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States,* DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security,* UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection,* UNITED STATES,

---

BURLAP AND BARREL, INC.; BASIC FUN, INC.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States,* EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection,* JAMIESON GREER, *in his official capacity as U.S. Trade Representative*, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*,

Defendants-Appellants

---

Appeal from the United States Court of International Trade
Nos. 26-1472, -1606, Judges Barnett, Kelly, and Stanceu

---

**Corrected Motion of Appellees Burlap and Barrel, Inc. and Basic Fun, Inc. to Correct and to File Their Brief Out of Time**

---

Jeffrey M. Schwab
Reilly Stephens
LIBERTY JUSTICE CENTER
1629 K Street N.W., Suite 300
Washington, D.C. 20006
512-481-4400
jschwab@ljc.org
rstephens@ljc.org

*Counsel for Plaintiffs-Appellees Burlap and Barrel, Inc. and Basic Fun, Inc.*

# Certificate of Interest

Counsel for Plaintiffs-Appellees hereby certifies the following:

1. Represented Entities. The full names of every party represented are:

**Basic Fun, Inc.**

**Burlap and Barrel, Inc.**

2. Real Parties in Interest.

**Not applicable.**

3. Parent Corporations and Stockholders. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by us are:

**None**.

4. Legal Representatives. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by us in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

**Jeffrey M. Schwab, Liberty Justice Center**

**Reilly Stephens, Liberty Justice Center**

5. Related Cases. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeals:

**Not applicable.**

6. Any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees) is as follows:

**Not applicable.**

Dated: September 1, 2026

/s/ Jeffrey M. Schwab
Jeffrey M. Schwab
*Counsel for Plaintiffs-Appellees Burlap and Barrel, Inc. and Basic Fun, Inc.*

Appellees Burlap and Barrel, Inc., and Basic Fun, Inc. ("Private Appellees") move this Court for leave to file the attached corrected brief out of time *instanter*. In support, counsel for Private Appellees states as follows:

On August 31, 2026, Private Appellees filed their brief through ECF to the docket of No. 26-1805. Because this case had been consolidated with Nos. 26-1804 and 26-1928, the brief should have been filed in No. 26-1804. Private Appellees file this motion for leave to file their Appellees' Brief out of time into the correct case number, 26-1804.

Separately, Private Appellees noticed, after the deadline for filing had passed, that several of the page numbers listed in the Table of Authorities were incorrect due to a computer error. Private Appellees seek leave to file the attached corrected brief, which is identical to the brief incorrectly filed on August 31, 2026, in Case No. 26-1805 except that the page numbers in the Table of Authorities have been corrected.

No party will be prejudiced by this motion. Appellants receive notifications for Case No. 26-1805, the substance of the corrected brief is identical to the brief filed in Case No. 26-1805, and at the time of filing this motion, Private Appellees' brief is pending compliance review with the Clerk's office.

Counsel for Private Appellees has asked whether Appellants' counsel and counsel for the Cross-Appellants states and Appellee State of Washington consent. All counsel consent to this motion.

For the foregoing reasons, we respectfully request that this Court grant leave to file the attached corrected Private Appellees' Brief in No. 26-1804 *instanter*.

Dated: September 3, 2026

Respectfully submitted,

/s/ Jeffrey M. Schwab

Jeffrey M. Schwab
Reilly Stephens
Liberty Justice Center
1629 K Street N.W., Suite 300
Washington, D.C. 20006
512-481-4400
jschwab@ljc.org
rstephens@ljc.org
*Counsel for Plaintiffs-Appellees Burlap and Barrel, Inc. and Basic Fun, Inc.*

## Certificate of Compliance

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 263 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: September 3, 2026

Respectfully submitted,

/s/ Jeffrey M. Schwab
Jeffrey M. Schwab
*Counsel for Plaintiffs-Appellees Burlap and Barrel, Inc. and Basic Fun, Inc.*