**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>Plaintiffs-Cross-Appellants,<br><br>STATE OF WASHINGTON,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | Nos. 26-1804, 26-1928 |
| BURLAP AND BARREL, INC., et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 26-1805 |

**CORRECTED UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

The government hereby moves for a 30-day extension, to November 12, 2026, of the deadline to file its response and reply brief. Plaintiffs do not oppose this motion.

1. This case arises from separate suits filed in the Court of International Trade (CIT) challenging the imposition of tariffs by the President under Section 122 of the Trade Act of 1974, 19 U.S.C. § 2132(a). A three-judge panel of the CIT heard both cases and resolved both in a single opinion, holding that Section 122 does not authorize the challenged tariffs and enjoining their enforcement against certain plaintiffs. The government filed a notice of appeal in each case (Nos. 26-1804 and 26-1805), and State plaintiffs that had been dismissed for lack of standing cross-appealed (No. 26-1928). This Court consolidated the appeals. The Court granted the government's motion to stay the CIT's injunction pending appeal. *Oregon v. Trump*, 2026 WL 1702242 (Fed. Cir. June 11, 2026) (per curiam).

The government's response and reply brief is currently due October 13, 2026. No oral argument date has been set.

2. The requested extension is necessary to allow the government adequate time to prepare its response and reply brief.

Daniel Winik, Douglas Dreier, and Sophia Shams are the attorneys at the Department of Justice with primary responsibility for drafting the government's brief. During the period available for the preparation of the government's brief, Mr. Winik has been or will be responsible for several

other litigation matters with pressing deadlines, including *Dressen v. Flaherty*, No. 26-40207 (5th Cir.) (response brief filed September 8); *Louisiana v. FDA*, No. 26-30203 (5th Cir.) (oral argument on September 9); *Gallegos v. FEMA*, No. 25-2107 (10th Cir.) (supervising reply brief due September 23); *Dolan v. FEMA*, No. 25-2102 (10th Cir.) (supervising oral argument on September 17); *V.O.S. Selections, Inc. v. United States*, No. 26-1895 (Fed. Cir.) (reply brief anticipated October 12); and *National Ass'n of the Deaf v. Trump*, No. 25-5402 (D.C. Cir.) (oral argument on October 6). Mr. Dreier likewise has several upcoming deadlines, including *V.O.S. Selections, Inc. v. United States*, No. 26-1895 (Fed. Cir.) (reply brief anticipated October 12). And Ms. Shams's deadlines during the briefing period in this case include *League of Women Voters of Massachusetts v. Trump*, No. 26-2029 (1st Cir.) (reply in support of emergency stay motion filed September 8); *V.O.S. Selections, Inc. v. United States*, No. 26-1895 (Fed. Cir.) (reply brief anticipated October 12); and *F+F All Seasons Inc. v. ATF*, No. 26-3336 (6th Cir.) (response brief due October 2).

Brad Hinshelwood is the attorney with supervisory responsibility over this case. Mr. Hinshelwood is responsible for several other matters with deadlines during the briefing period, including *League of Women Voters of*

*Massachusetts v. Trump*, No. 26-2029 (1st Cir.) (reply in support of emergency stay motion filed September 8); *California Department of Motor Vehicles v. Department of Transportation*, No. 26-1027 (D.C. Cir.) (supervising oral argument on September 11); *DiNapoli v. Kennedy*, No. 26-5088 (D.C. Cir.) (response brief due September 11); *Wilkins v. Hegseth*, No. 24-2079 (4th Cir.) (en banc oral argument on September 14); *Rivera Lujan v. FMCSA*, No. 26-1032 (D.C. Cir.) (supervising oral argument on September 15); *Small Business in Transportation Coalition v. FMCSA*, No. 26-1155 (summary disposition reply due September 17); *New York Times Co. v. Department of Defense*, No. 26-5253 (D.C. Cir.) (reply brief due September 18); *United States v. Rhode Island Hospital*, No. 26-10431 (5th Cir.) (response brief due September 28); *New York v. Department of Transportation*, No. 26-1097 (2d Cir.) (supervising oral argument September 28); *A.R.M.R. v. United States*, No. 26-1218 (7th Cir.) (oral argument on September 29); *V.O.S. Selections, Inc. v. United States*, No. 26-1895 (Fed. Cir.) (reply brief anticipated October 12); *Fidelity National Financial Inc. v. Bessent*, No. 26-11307 (11th Cir.) (response brief due September 30 as extended); *F+F All Seasons, Inc. v. ATF*, No. 26-3336 (6th Cir.) (response brief due October 2); *New York Times Co. v. Department of Defense*, No. 26-5113 (D.C. Cir.) (reply brief due October 5); *Marion County v. Kotek*,

No. 26-1874 (9th Cir.) (response brief due October 5); *Mellon-Reppen v. United States*, No. 26-1495 (6th Cir.) (opening brief due October 5); *In re Administrative Subpoena No. 25-1431-019*, No. 25-2092 (1st Cir.) (supervising oral argument October 7).

3. In light of these litigation matters, the government respectfully requests a 30-day extension of time, to and including November 12, 2026, to prepare the response and reply brief. A 30-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Plaintiffs do not oppose this motion. The government has not previously sought or received an extension for its response and reply brief in this case.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

BRAD HINSHELWOOD
DANIEL WINIK

*/s/ Sophia Shams*
SOPHIA SHAMS
DOUGLAS C. DREIER
*Attorneys, Appellate Staff*
*Civil Division, Room 7213*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2000*
*Sophia.Shams@usdoj.gov*

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>Plaintiffs-Cross-Appellants,<br><br>STATE OF WASHINGTON,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | Nos. 26-1804, 26-1928 |
| BURLAP AND BARREL, INC., et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 26-1805 |

**DECLARATION**

I, Sophia Shams, hereby declare as follows:

1. I am an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice. The government respectfully requests a 30-day

extension of time, to and including November 12, 2026, in which to file its response and reply brief in this case.

2. I am counsel for the government in this appeal. The deadlines set forth in the accompanying extension motion are correct to the best of my knowledge. The attorneys assigned to this action are otherwise occupied on multiple matters that necessitate the extension of time requested here to prepare the government's response and reply brief.

3. Attorneys for the plaintiffs in these consolidated appeals authorized me to state that this motion is consented to.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2026. *See* 28 U.S.C. § 1746(2).

*/s/ Sophia Shams*
SOPHIA SHAMS
*Attorney, Appellate Staff*
*Civil Division, Room 7213*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2000*
*Sophia.Shams@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 789 words. This motion was prepared using Word for Microsoft 365 in 14-point Book Antiqua, a proportionally-spaced typeface.

*/s/ Sophia Shams*
Sophia Shams