Nos. 2026-1804, -1805, -1928

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

STATE OF OREGON, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN,

Plaintiffs-Cross-Appellants,

STATE OF WASHINGTON,

Plaintiff-Appellee

v.

DONALD J. TRUMP, in his official capacity as President of the United States, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES

Defendants-Appellants.

---

BURLAP AND BARREL, INC., BASIC FUN, INC.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, JAMIESON GREER, in his official capacity as U.S. Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

Defendants-Appellants.

---

On Appeal from the United States Court of International Trade
Nos. 26-1472, -1606, Judges Barnett, Kelly, and Stanceu

---

# MOTION FOR LEAVE TO FILE BRIEF FOR AMICI CURIAE ECONOMISTS IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE OUT OF TIME

Holger Spamann
1525 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-6710

Aaron R. Cooper
Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
(202) 639-6000

Debbie L. Berman
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

Counsel for *Amici Curiae* Economists

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 26-1804, 26-1805, 26-1928

**Short Case Caption** State of Oregon et al. v. Trump et al.

**Filing Party/Entity** Economists

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/15/2026

Signature: /s/ Aaron R. Cooper

Name: Aaron R. Cooper

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Stan Veuger | | |
| Olugbenga Ajilore | | |
| Alan J. Auerbach | | |
| Robert J. Barro | | |
| Andrew G. Biggs | | |
| Emily Blanchard | | |
| Alan Blinder | | |
| Michael D. Bordo | | |
| Donald J. Boudreaux | | |
| Alex Brill | | |
| Daniel Bunn | | |

☑ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☐ No ☑ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Represented parties, con't:

| | |
|---|---|
| James C. Capretta | Philip A. Luck |
| Steve Cicala | N. Gregory Mankiw |
| Kimberly Clausing | Marc Melitz |
| Heidi Crebo-Rediker | Jeffrey Miron |
| Steven J. Davis | Marc-Andreas Muendler |
| Mihir A. Desai | Brent Neiman |
| Karen Dynan | Stephen O'Connell |
| Douglas Elmendorf | Kyle Pomerleau |
| Jeffry Frieden | Douglas A. Rediker |
| Jason Furman | Jay C. Shambaugh |
| Samuel Gregg | Mark Sobel |
| Kyle Handley | Michael R. Strain |
| Ben Harris | Laura D. Tyson |
| David R. Henderson | Alan D. Viard |
| Douglas Holtz-Eakin | Mark J. Warshawsky |
| Simon Johnson | Janet Yellen |
| Steven B. Kamin | Erica York |
| Mary E. Lovely | Owen Zidar |

## ARGUMENT

Pursuant to Federal Rules of Appellate Procedure 26(b) and 29(a)(6), *Amici Curiae* Economists respectfully request leave to file the accompanying Corrected *Amici* Brief out of time in the afore-captioned appeals supporting the position of Plaintiffs-Appellees.

*Amici curiae* are professional economists at leading universities and public policy research organizations who have dedicated their professional lives to understanding international economics. Many have put their expertise to use in public service for the federal government. *Amici* have an interest in ensuring that the fundamentals of international economics are correctly represented in this litigation.

*Amici* Economists previously secured the consent of all parties to file this *Amicus* brief. *Amici* Economists request leave file this *Amicus* brief out of time, as it was inadvertently filed less than one minute past the deadline of September 8, 2026, due to an unexpected technical delay in submitting the associated docketing text and filing type. *Amici* Economists respectfully submit that the one-minute delay in the filing of the brief will not work a prejudice on any party to these Appeals or delay the Court's consideration of this matter.

Dated September 15, 2026

Holger Spamann
1525 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-6710

Respectfully submitted,

*/s/ Aaron R. Cooper*
Aaron R. Cooper
Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
(202) 639-6000

Debbie L. Berman
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

Counsel for *Amici Curiae* Economists

Nos. 2026-1804, -1805, -1928

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

STATE OF OREGON, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN,

Plaintiffs-Cross-Appellants,

STATE OF WASHINGTON,

Plaintiff-Appellee

v.

DONALD J. TRUMP, in his official capacity as President of the United States, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES

Defendants-Appellants.

---

BURLAP AND BARREL, INC., BASIC FUN, INC.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, JAMIESON GREER, in his official capacity as U.S. Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

Defendants-Appellants.

---

On Appeal from the United States Court of International Trade
Nos. 26-1472, -1606, Judges Barnett, Kelly, and Stanceu

---

# DECLARATION OF AARON R. COOPER IN SUPPORT OF ECONOMISTS' MOTION TO FILE AN AMICUS BRIEF OUT OF TIME

Holger Spamann
1525 Massachusetts Avenue
Cambridge, MA 02138
(617) 496-6710

Aaron R. Cooper
Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
(202) 639-6000

Debbie L. Berman
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

Counsel for *Amici Curiae* Economists

I, Aaron R. Cooper, declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and a member of the law firm of Jenner & Block LLP. I am counsel for *Amici Curiae* Economists in the above-captioned appeal. I have personal knowledge of the facts stated herein and, and if called and sworn as a witness, could testify competently thereto. I make this declaration in support of Economists' Motion for Leave to file its *Amici Curiae* brief one day out of time ("Motion").

2. On September 15, 2026, counsel for Economists contacted counsel for Plaintiffs-Cross-Appellants, Plaintiffs-Appellees, and Defendants-Appellants (collectively, the "Parties") about the instant Motion. The Parties do not oppose the relief requested.

3. On September 8, 2026, counsel for Economists experienced an unexpected technical delay in submitting the brief's associated docketing text and filing type. Upon identifying the docketing issue, counsel for Economists corrected the filing information and, as a result, submitted the brief less than one minute past the deadline of September 8, 2026.

4. The delay of one minute in the filing of the brief was inadvertent and unexpected, and will not prejudice any party to these Appeals or delay the Court's consideration of the matter.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026

/s/ *Aaron R. Cooper*
Aaron R. Cooper

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2026, I caused the foregoing motion to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system, which caused a copy of the foregoing to be delivered by electronic means to counsel of record.

/s/ *Aaron R. Cooper*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-face volume limitation of Fed. Cir. R. 21(e) because the motion contains 180 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 32(b)(2).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 360 in 14-point Century Font.

Dated: September 15, 2026 Respectfully submitted,

/s/ *Aaron R. Cooper*